UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

| | |
|---|---|
| **OFFICE: TRENTON** | <u>**March 21, 2024**</u> |
| **MAGISTRATE JUDGE: DAY** | DATE OF PROCEEDINGS |
| **ESR: Christopher Yoos** | |

| | |
|---|---|
| **TITLE OF CASE**: | MJ-24-5017 (JBD) |
| | District of Columbia No. 24cr100 |

UNITED STATES OF AMERICA,
V.
TIMOTHY FINNEGAN

**APPEARANCES:**

Vera Varshavsky, AUSA for Government
K. Anthony Thomas, AFPD for Defendant Timothy Finnegan
Edna Galarza, Pretrial Officer

**NATURE OF PROCEEDING:** Rule 5 Initial Appearance

Rule 5 Initial appearance held.
Defendant advised of his rights, charges and penalties.
Hearing on application by defendant for appointment of counsel.
Financial affidavit executed and filed.
Ordered application granted.
Ordered K. Anthony Thomas, AFPD appointed as counsel.
Defendant waives identity and preliminary hearing.
Defendant Waives Rule 5 & 5.1 hearings on the record.
Defendant advised of Rule 5 rights.
All parties consent to pretrial release.
Ordered application granted.
**Ordered bail set at** $100,000 unsecured bond.
Brady Order to be entered.
Order Setting Conditions of Release to follow.

TIME COMMENCED: 1:38 p.m.
TIME ADJOURNED: 1:48 p.m.                              s/ Chris Yoos
TOTAL TIME: 10 MINUTES                                    Deputy Clerk